# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD BRUCE MYERS,<br><br>    Defendant. | 2:12-mj-00556- VCF<br><br>**ORDER**<br><br>**[Defendant's Motion for Judgement(sic) on the Pleadings (#21)]** |

 Before the Court is Defendant's Motion for Judgement(sic) on the Pleadings. (#21).

Defendant Myers' Motion for Judgement(sic) on the Pleadings is unrelated to the instant case, case no. 2:12-mj-00556-VCF.

Case no. 2:12-mj-00556-VCF was opened to determine whether or not defendant should be detained on a petition for violation of his supervised release from the Eastern District of Washington. In case no. 2:12-mj-00556-VCF, on August 8, 2012, Defendant Myers made his initial appearance before the undersigned Magistrate Judge. (#3). Defendant Myers was detained, remanded to custody, and held to answer in the Eastern District of Washington. *Id.* Brian Abbington of the Federal Public Defender's Office was appointed to represent Defendant. (#4).  Neither Mr. Abbington nor the Federal Public Defender's Office have filed a motion to withdraw as counsel of record.  Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Since Defendant Myers is represented by Brian Abbington of the Public Defender's Office, he is not permitted to file motions in this case, case no. 2:12-mj-00556-VCF, with this court on his own behalf.

1    On August 15, 2012, the Commitment to Another District was filed. (#7).  Defendant's case has
2 been transferred to the Eastern District of Washington; therefore, Case no. 2:12-mj-00556-VCF is
3 closed.
4    Defendant Myers' Motion for Judgement(sic) on the Pleadings (#21) is improperly filed in case
5 no. 2:12-mj-00556-VCF.
6    Accordingly,
7    IT IS HEREBY ORDERED that Defendant Myers' Motion for Judgement(sic) on the Pleadings
8 (#21) is STRICKEN from case no. 2:12-mj-00556-VCF.
9    DATED this 28th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE