**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD BRUCE MYERS,<br><br>Defendant. | 2:12-mj-00556- VCF<br><br>**ORDER**<br>[Defendant's Motion to Alter or Amend Judgment. (#25).] |

Before the Court is Defendant's Motion to Alter or Amend Judgment. (#25).

On August 10, 2012, Ronald Bruce Myers appeared in this court, in custody, pursuant to a warrant issued by the Eastern District of Washington, Case 2:04-cr-173-FVS (#'s 1 & 3). He was held to answer on that case and on August 15, 2012, was committed to the Eastern District of Washington.

Thereafter, Mr. Myers sent a letter and filed motions with the court seeking return of certain property. Initially his requests were denied without prejudice (#13). Thereafter this court received the transmittal return from the Eastern District of Washington (#15) and this case was closed.

Thereafter, Mr. Myers filed more motions with this court requesting return of property and they were stricken (#'s23 & 24).

Now Mr. Myers has filed a Motion to Alter or Amend Judgment (#25), arguing that this court has the authority to order the return of property.

The fact remains that Mr. Myers is a defendant under sentence in Case Number 2:04-cr-173-FVS. His only contact with this court arose from the warrant issued by the Eastern District of

Washington. The case opened in this court to process that warrant has been closed. This court has no jurisdiction over Mr. Myers or the property at issue.

Accordingly, the Motion to Alter or Amend Judgment (#25) is DENIED.

DATED this 2nd day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE